UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SCARLETT RABALAIS,

    Plaintiff,

v.                                                        Case No: 5:17-cv-497-Oc-30PRL

YVONNE (BONNIE) WARE, ED
WARE, SHARON NOBLE, PETER
JOHANNSON, PAUL GREEN, GREGG
LIZOTTE, RICHARD CORCORAN,
RONALD EMANATION, DIANE
SUCHY, ROBERT SNOW, LAWRENCE
DADDATO, BONNIE DADDATO,
KENNETH VANDELINDER, NORMA
VANDELINDER, DAVE BECK,
BOSSHARDT PROPERTY
MANAGEMENT, LLC, SALT SPRINGS
RESORT ASSOCIATION INC. and
GARY GRIFFIN,

    Defendants.

## **ORDER**

**THIS CAUSE** came on for consideration on the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Doc. 7). The Court notes that Plaintiff did not file written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the

opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Doc. 7) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Motion to Proceed *in Forma Pauperis* (Doc. 2) is DENIED.

3. This case is dismissed without prejudice.

4. All pending motions are denied as moot.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of February, 2018.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record